JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRANDON McMURRIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-442 LKK | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** | |
| ) | | |
| v. ) | | |
| ) | | |
| BRANDON McMURRIAN and ) | | |
| JOEL MURDOCH, ) | DATE:  April 30, 2013 | |
| ) | TIME:  9:15 a.m. | |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton | |
| ) | | |
| _____ ) | | |

   It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney; defendant BRANDON McMURRIAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant, JOEL MURDOCH, by and through his counsel, DONALD DORFMAN, that the status conference set for February 26, 2013 be continued to April 30, 2013 at 9:15 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

The parties stipulate that the Court shall find the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

The parties stipulate that time within which the trial of this case must be commenced under the Speedy Trial Act shall be excluded from computation of time beginning from the date of this stipulation, February 21, 2013, through the date of the status conference set for April 30, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 21, 2013          Respectfully submitted,

                                  JOSEPH SCHLESINGER
                                  Acting Federal Defender

                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRANDON McMURRIAN


                                  /s/ Donald Dorfman
                                  DONALD DORFMAN
                                  Attorney for Defendant
                                  JOEL MURDOCH

DATED: February 21, 2013          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, February 21, 2013, up to and including April 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 26, 2013 status conference shall be continued to April 30, 2013, at 9:15 a.m.

DATED:   February 26, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT