```
HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRANDON McMURRIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-442 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ) | |
| v. ) | |
| ) | |
| BRANDON McMURRIAN and ) | |
| JOEL MURDOCH, ) | DATE:  August 20, 2013 |
| ) | TIME:  9:15 a.m. |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney; defendant BRANDON McMURRIAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant, JOEL MURDOCH, by and through his counsel, DONALD DORFMAN, that the status conference set for June 18, 2013 be continued to August 20, 2013 at 9:15 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

The parties stipulate that the Court shall find the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

The parties stipulate that time within which the trial of this case must be commenced under the Speedy Trial Act shall be excluded from computation of time beginning from the date of this stipulation, June 13, 2013, through and including the date of the status conference set for August 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4 both pertaining to reasonable time for defense counsel to prepare.

DATED: June 13, 2013                Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRANDON McMURRIAN


                                    /s/ Donald Dorfman
                                    DONALD DORFMAN
                                    Attorney for Defendant
                                    JOEL MURDOCH

DATED: June 13, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court specifically

2

finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, June 13, 2013, up to and including August 20, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and Local Code T4 both pertaining to reasonable time for defense counsel to prepare.  It is further ordered that the June 18, 2013 status conference shall be continued to August 20, 2013, at 9:15 a.m.

DATED:   June 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3