DONALD DORFMAN
Attorney at Law
California State Bar Number 31395
3000 T Street, Suite 110
Sacramento, CA 95816
Telephone: (916) 451-8834

Attorney for Defendant
JOEL MURDOCH

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,         )  Case No.: Cr.S-12-442 LKK
                                  )  **ORDER RE:**
           Plaintiff,             )  **WAIVER OF DEFENDANT'S**
                                  )  **PRESENCE**
     vs.                          )
                                  )  Judge: Lawrence K. Karlton
JOEL MURDOCH                      )
                                  )
           Defendants             )

Defendant JOEL MURDOCH hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant JOEL MURDOCH hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney

1 to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with
2 her being personally present.
3     The original signed copy of this document will be kept in Mr. Dorfman's file.
4 Dated: August 18, 2013     Respectfully submitted,
5
6     BY: JOEL MURDOCH
    Defendant
7
8
    By: Donald Dorfman
9     Attorney for Defendant
    JOEL MURDOCH
10
11
    GOOD CAUSE APPEARING, Defendant JOEL MURDOCH's waiver of personal
12
appearance is accepted by the court. IT IS SO ORDERED.
13
14 Dated: August 22, 2013
15     Hon. Lawrence K. Karlton
    United States District Court