MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for BRANDON McMURRIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br> v.<br><br>BRANDON McMURRIAN,<br>JOEL MURDOCH, et al,<br>    Defendants.<br>================================ | ) No. CR-S-12-442 LKK<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>)<br>) Date: 11-13-13<br>) Time: 9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton |

   It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, Michael D. Long, attorney for defendant Brandon McMurrian, and Donald Dorfman, attorney for defendant Joel Murdoch that the status conference date of September 10, 2013, should be continued until November 13, 2013.  The continuance is necessary because additional discovery will be provided by the government and negotiations are continuing between the government and defense counsel.  Additionally, co-defendants Ayler and Lane were arraigned this week and they set a status hearing for November 13, 2013.  All four co-defendants should have the same status conference date.  Defendants McMurrian, Murdoch and AUSA Samuel Wong jointly agree that time should continue to be excluded until November 13, 2013.  Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through November 13, 2013.

-1-

1   IT IS STIPULATED that the period of time from the signing of this Order up to and
2   including the new court date of November 13, 2013, be excluded in computing the time within
3   which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and
4   Local Code T4, for ongoing preparation of counsel.

Dated:  September 5, 2013                                  Respectfully submitted,

                                                           /s/ Michael D. Long
                                                           MICHAEL D. LONG
                                                           Attorney for Brandon McMurrian

Dated:  September 5, 2013                                  Respectfully submitted,

                                                           /s/ Donald Dorfman
                                                           Donald Dorfman
                                                           Attorney for Joel Murdoch

Dated:  September 5, 2013                                  BENJAMIN WAGNER
                                                           United States Attorney

                                                           /s/ Samuel Wong
                                                           SAMUEL WONG
                                                           Assistant U.S. Attorney

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4
                IN THE UNITED STATES DISTRICT COURT
5              FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7  THE UNITED STATES OF AMERICA,   ) No. CR-S-12-442 LKK
              Plaintiff,           )
8                                  ) ORDER
       v.                          )
9                                  )
   BRANDON McMURRIAN,              )
10 JOEL MURDOCH, et al,            ) Date: 11-13-13
              Defendants.          ) Time: 9:15 a.m.
11 ===============================) Judge: Hon. Lawrence K. Karlton

12         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
13 status conference presently set for September 10, 2013, at 9:15 a.m. be continued to November 13,
14 2013, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the
15 Court hereby finds that the failure to grant a continuance in this case, based on the parties still
16 negotiating the terms of a proposed plea agreement, would deny defense counsel reasonable time
17 necessary for effective preparation, taking into account due diligence.  The court finds that the
18 reasons for granting this continuance outweigh the best interests of the public and the defendants to
19 a speedy trial.  It is ordered that time from this date to November 13, 2013, shall continue to be
20 excluded from computation of the time within which the trial of this matter must be commenced
21 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel
22 time to prepare and to complete negotiations.

23 Dated:  September 6, 2013
24

                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

-3-